UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8247-KK | Date | January 5, 2016 |
|---|---|---|---|
| Title | Miriam Jeannette Lasso v. Carolyn W. Colvin | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Plaintiff's Counsel Failed to Manually Serve the Office of Regional Counsel**

## I.
## INTRODUCTION

Patricia L. McCabe ("Counsel"), counsel for Plaintiff Miriam Jeannette Lasso ("Plaintiff"), has filed a Motion for an Award of Attorney's Fees and Costs Under the Equal Justice Act ("Motion"). As discussed below, Counsel is ordered to show cause by **January 12, 2016** why the Motion has not been manually served on the Office of Regional Counsel.

## II.
## PROCEDURAL BACKGROUND

On October 29, 2014, Plaintiff filed the complaint in this action. See ECF Docket No. ("Dkt.") 3, Compl. at 1. Plaintiff alleged defendant Carolyn W. Colvin ("Defendant") had improperly denied Plaintiff's applications for disability insurance benefits and social security income. Id.

On October 30, 2014, the Court issued a Case Management Order ("CMO"), which requires as follows:

> In order to facilitate the just, speedy, and inexpensive determination of this case, the parties shall comply with the following instructions.
> . . .

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8247-KK | Date | January 5, 2016 |
|---|---|---|---|
| Title | Miriam Jeannette Lasso v. Carolyn W. Colvin | | |

> A.  Equal Access to Justice Act
> 1. Any motion or petition for attorney fees, costs, and expenses shall be made in accordance with 28 U.S.C. § 2412 (EAJA). Plaintiff <u>shall</u> electronically file a notice of any motion or petition for attorney fees, costs, and expenses under the EAJA and <u>manually serve a copy on the Office of Regional Counsel.</u>

Dkt. 7, CMO at 1, 9 (emphasis added).

On October 5, 2015, the Court entered Judgment: (1) reversing Defendant's denial of Plaintiff's applications for disability insurance benefits and social security income; and (2) remanding for further administrative proceedings. Dkt. 21, Judgment; <u>see also</u> Dkt. 20, Mem. & Order.

On January 4, 2016, Counsel filed the instant Motion for an Award of Attorney's Fees and Costs Under the Equal Justice Act. <u>See</u> Dkt. 22, Mot. The Motion seeks an award in the amount of $8,610.10 for representing Plaintiff. <u>See e.g.</u>, <u>id.</u> at 11.

## III.
## DISCUSSION

Here, although Counsel states she "notified" Defendant of the Motion, Counsel failed to file any document showing Counsel manually served the Motion on the Office of Regional Counsel. <u>See</u> Dkt. 22 at 2. Therefore, Counsel failed to comply with the October 30, 2014 CMO, which requires Counsel to manually serve the Motion on the Office of Regional Counsel. <u>See</u> <u>id.</u>

## IV.
## ORDER

Accordingly, IT IS HEREBY ORDERED Counsel must respond to this order no later than **January 12, 2016** by filing: (1) a written explanation why the Motion has not been manually served on the Office of Regional Counsel; or (2) proof the Motion has been manually served on the Office of Regional Counsel. The Court further orders Counsel to comply with all relevant statutory provisions and court orders, including the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8247-KK | Date | January 5, 2016 |
|---|---|---|---|
| Title | Miriam Jeannette Lasso v. Carolyn W. Colvin | | |

October 30, 2014 CMO.  Counsel's failure to timely respond to this order or otherwise comply with court orders will result in the denial of the Motion without prejudice.